UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cody Wichser and Lynn Schafer,

        Plaintiffs,

v.

Bradstreet & Associates, LLC and
Justin R. Balfany,

        Defendants.

Case No. 11-CV-1294 (SRN/JJG)

**ORDER FOR DISMISSAL
WITH PREJUDICE**

Based upon the parties' Stipulation of Dismissal with Prejudice (Doc. No. 15),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits, without costs, disbursements or attorneys' fees to any party.

Dated: April 2, 2012

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge